

U.S. Department of Justice

*United States Attorney*

*Eastern District of Pennsylvania*

---

*Jerome M. Maiatico*  *615 Chestnut Street*
*Assistant U.S. Attorney*  *Suite 1250*
  *Philadelphia, Pennsylvania 19106-4476*
  *(215) 861-8200*

January 15, 2026

U.S. District Court Clerk's Office
Criminal Division
2609 United States Courthouse
601 Market Street
Philadelphia, PA 19106

    Re:    *United States v. Jalen Smith, et al.*
           **Criminal No. 26-23**

Dear Clerk's Office:

    Please unimpound the indictment in the above-captioned case this morning by 9:00am. The indictment was filed under seal on January 14, 2026.

    Very truly yours,

    DAVID METCALF
    United States Attorney

    */s/ Jerome M. Maiatico*
    JEROME M. MAIATICO
    LOUIS D. LAPPEN
    Assistant United States Attorneys